Submitted on record and briefs September 23, affirmed November 13, 2002, petition for review denied March 4, 2003 (335 Or 255)

ROBERT BROWN,
*Appellant,*

*v.*

Stan CZERNIAK,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

01C-14877; A116052

57 P3d 951

Scott B. Howell submitted the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong* and Kistler, Judges.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).

---

* Armstrong, J., *vice* Warren, S. J.